UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

STONEWELL CORPORATION and RICHARD )
J. GLADSTONE, )
      Plaintiffs, )
      vs. )
CONESTOGA TITLE INSURANCE CO., )
JERSEYSEARCH TITLE SERVICES, INC., and )
WILLIAM KOLSHORN, )
      Defendants. )

Case No.: 1:04-cv-09867(KMW)

AFFIDAVIT OF
E. ELLIOT ADLER, ESQ.

*consolidated with*

CONESTOGA TITLE INSURANCE CO., )
      Plaintiff, )
      vs. )
STONEWELL CORPORATION and RICHARD )
J. GLADSTONE )
      Defendants. )

State of New York  }
                       } ss.:
County of New York  }

E. Elliot Adler, Esq., being duly sworn, upon information and belief declares as follows:

    1. I am managing partner of the Adler Law Group, APC, attorneys for Plaintiffs Stonewell Corporation and Richard Gladstone.

2. I make this declaration in support of Plaintiffs' opposition to the motion for summary judgment by Defendants Mathew Dollinger and the law firm of Dollinger, Gronski & Grossman.

3. Attached hereto are true and correct copies of the following:

   a. **Exhibit A** – Email dated February 29, 2008 from the law firm of Duane Morris to Mathew Dollinger.

   b. **Exhibit B** – Email dated February 26, 2008 from the law firm of Duane Morris to Mathew Dollinger.

Dated: New York, New York

December 11, 2009

*[signature]*

E. Elliot Adler

Sworn to before me this 11th day of December, 2009

*[signature]*

NOTARY PUBLIC

STEFANIE V. PLAUMANN
Notary Public, State of New York
No. 02PL6082802
Qualified in Kings County
Commission Expires November 4, 2010